Jelani Husani SIMBA, Plaintiff— Appellant,

v.

Willie J. THOMPSON; Henry Holiday; Davida Green; M.T. Thornsby; S.H. Hubbard; Michael Edwards; R.H. Hamm; V.T. Taylor, Defendants—Appellees.

No. 02–6626.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 29, 2003.

Decided: June 9, 2004.

Jelani Husani Simba, Appellant pro se.

Jonathan A. Berkelhammer, Virginia Anne Bain, Smith Moore, L.L.P., Greensboro, North Carolina, for Appellees.

Before WILKINSON and LUTTIG, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jelani Husani Simba appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Simba v. Thompson, No. CA–99–433–5–F (E.D.N.C. Apr. 1, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*